UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID STEBBINS                                                              PLAINTIFF

VS                        CASE NO. 4:14-cv-227-KGB

STATE OF ARKANSAS                                                        DEFENDANTS
MIKE BEEBE, in his official capacity
as Governor of Arkansas

## MOTION AND INCORPORATED BRIEF IN SUPPORT
## TO DISQUALIFY JUDGE BAKER

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion to Disqualify Judge Kristine Baker and give the case to an impartial judge.

### BACKGROUND

Kristine G. Baker has been assigned to preside over this case, with recommendations taken from J. Thomas Ray, Chief Magistrate Judge.

Baker has previously worked for the law firm of Quattlebaum, Grooms, Tull & Burrow PLLC, a regional law firm with offices in Little Rock and Springdale, Arkansas.

This law firm's website, www.qgtb.com, describes its practice areas and clientel thusly:

> "Quattlebaum, Grooms, Tull & Burrow PLLC, a regional law firm with offices in Little Rock and Springdale, Arkansas, provides a full range of legal services to individuals and business organizations of all forms and sizes, including sole proprietorships, partnerships, limited liability companies, and corporations. Our clients include Fortune 500 companies, regional businesses, small entities, **governmental bodies**, and individuals. Our practice encompasses a wide variety of transactions, litigation, regulatory advice, and estate planning."

This webpage is heretofore attached as Exhibit A.

Furthermore, according to a White House Press Release dated November 2, 2011, where President Obama announced his intention to nominate Kristine Baker to the U.S. District Court

for the Eastern District of Arkansas, Baker's practice areas as an attorney included "First Amendment Litigation." This press release is heretofor attached as Exhibit B.

6. Because of Baker's previous affiliations and practice areas, and the nature of the Defendant in this case, her impartiality is easily called into question.

## ARGUMENT AND LAW

7. 28 USC § 455(a) requires that "[a]ny justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Subsection (b) also lists specific grounds which automatically necessitate recusal, but subsection (a) is a catch-all requirement. Any time a reasonable person (as defined by the common law doctrine of the same name) believes that a judge has any bias whatsoever – even if said belief is untrue and the judge truly is impartial – the judge must recuse him or herself.

8. Here, Judge Baker, immediately prior to being a judge, worked for a law firm that represents, among other clients, "governmental bodies," where she practiced, among other things, "First Amendment litigation."

9. A kindergarden student could figure out the problem, here: Judge Baker has represented governmental bodies who were defendants in First Amendment claims.

10. Because Judge Baker has previously represented agencies of the very State who is the Defendant in this case, this creates a clear conflict of interests of the most basic and elementary sort. In fact, it is a frivolous atrocity that someone like Baker was even assigned to preside over this case to protect the interests of her former clients in the first place.

11. Even if, by some astronomical chance, Baker represented the *plaintiffs* in these First Amendment claims, she must still recuse herself because, even if she does not have a "conflict of interest," per se, with the Defendant, she nevertheless would have made a career in opposing

their interests.

12.     Besides, the fact of the matter still stands: Baker's impartiality – even if it indeed remains intact despite this conflict of interests – is ***reasonably questioned***. According to 28 USC § 455(a), that is all it takes to require recusal.

13.     Plaintiff asks that the judge who replaces Baker should not only have never represented any government within the State of Arkansas, but should also have never served as a prosecuting attorney, even if he or she was exclusively a *federal* prosecutor. Since this case concerns an issue of prosecuting attorneys acting outside their legal boundaries, it would be a similar conflict of interests if those judges were given the opportunity to protect their own kind.

14.     Wherefore, premises considered, Plaintiff requests that Judge Baker remove herself from these proceedings immediately, pass the case on to a judge without any conflicts of interest of any sort (either in favor of the State of Arkansas, or in favor of any prosecuting attorneys), and that the Court award Plaintiff any other relief to which he may be entitled.

15.     So requested this 15th day of April, 2014.

David Stebbins  
123 W. Ridge St.,  
APT D  
Harrison, AR 72601  
870-204-6516  
stebbinsd@yahoo.com

HOME | SITE MAP | CONTACT US




**ABOUT US   ARTICLES   ATTORNEYS   AWARDS   PRACTICE   COMMUNITY   CAREERS   LIBRARY   RESULTS   NEWS**

Home > Practice

**Appellate Practice**

**Banking**

**Bankruptcy**

**Business and Complex Commercial Litigation**

**Business Transactions**

**Electronic Discovery and Document Management**

**Employment Law**

**Environmental and Regulatory Practice**

**Governmental Organizations**

**Insurance Coverage and Defense**

**Intellectual Property**

**Land Use**

## Areas of Practice

Share　Email　Print

Quattlebaum, Grooms, Tull & Burrow PLLC, a regional law firm with offices in Little Rock and Springdale, Arkansas, provides a full range of legal services to individuals and business organizations of all forms and sizes, including sole proprietorships, partnerships, limited liability companies, and corporations. Our clients include Fortune 500 companies, regional businesses, small entities, governmental bodies, and individuals. Our practice encompasses a wide variety of transactions, litigation, regulatory advice, and estate planning.

**The following sections in the left menu provide a brief description of some of the areas in which we practice.**

Exh. A

Home • Briefing Room • **Statements & Releases**

**The White House**
Office of the Press Secretary

For Immediate Release                                      November 02, 2011

# President Obama Nominates Kristine Gerhard Baker to United States District Court

WASHINGTON, DC - Today, President Obama nominated Kristine Gerhard Baker to the United States District Court for the Eastern District of Arkansas.

"I am proud to nominate Kristine Gerhard Baker to serve on the United States District Court," said **President Obama**. "I am confident she will serve on the federal bench with distinction."

**Kristine Gerhard Baker:  Nominee for the United States District Court for the Eastern District of Arkansas**
Kristine Gerhard Baker is a partner at the law firm Quattlebaum, Grooms, Tull & Burrow PLLC in Little Rock, Arkansas, where she specializes in commercial, employment, and First Amendment litigation.  Baker joined the firm as an associate in 2000 and became a partner in 2002.  She previously worked at the law firm Williams & Anderson LLP from 1998 to 2000.  Baker began her legal career as a law clerk to the Honorable Susan Webber Wright of the United States District Court for the Eastern District of Arkansas from 1996 to 1998.  She received her J.D. with high honors in 1996 from the University of Arkansas School of Law and her B.A. *summa cum laude* in 1993 from Saint Louis University.

Exh. B