(Post. 3/12/14)

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>David Stebbins | COURT CASE NUMBER<br>4:14CV00227 KGB |
|---|---|
| DEFENDANT<br>State of Arkansas, et al | TYPE OF PROCESS<br>Summons and Complaint |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➤ | State of Arkansas, c/o Dustin McDaniel, Attorney General |
| | ADDRESS Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 323 Center Street, Suite 200     Little Rock, AR    72201 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David Stebbins
123 Ridge Street
Apartment D
Harrison, AR 72601

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Number, and Estimated Times Available For Service):
Fold                                                                                                                                                                                        Fold

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 19 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

U.S. MARSHAL EASTERN ARKANSAS
RECEIVED 14 MAY -8 PM 3:

| Signature of Attorney or other Originator requesting service on behalf of:<br>/s/ R. Mixon, Deputy Clerk | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>501-604-5306 | DATE<br>05/08/14 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. 09 | District to Serve<br>No. 09 | Signature of Authorized USMS Deputy or Clerk<br>W. Chappell | Date<br>5-9-14 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address (complete only if different than shown above) | Date of Service: 5-14-14    Time: pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS:

Served via certified mail

PRIOR EDITIONS
MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  L. Hall   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>5-14-14 |
| 1. Article Addressed to:<br><br>State of Arkansas<br>Dustin McDaniel, Attorney General<br>323 Center Street. Ste. 200<br>Little Rock, AR 72201<br><br>4:14CV00227 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7012 2920 0001 7004 7945 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |