AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | Case No. |
| v. | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

.

Date: _____         _____
                                *Attorney's signature*

                              _____
                                *Printed name and bar number*

                              _____
                                *Address*

                              _____
                                *E-mail address*

                              _____
                                *Telephone number*

                              _____
                                *FAX number*

CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I caused a copy of the foregoing Entry of Appearance to be served upon Plaintiff David Stebbins via First-Class U.S. Mail at the following address:

David Stebbins
123 W. Ridge St.
Apt. D
Harrison, AR 72601

/s/ Regina Haralson

Name: Regina Haralson
Bar Number: 93020
Attorney for: Defendants
Law Firm Name: Arkansas Attorney General
Law Firm Address: 323 Center Street, Suite 200
City State ZIP: Little Rock, AR 72201
Phone Number: 501-682-8122
Email Address: regina.haralson@arkansasag.gov