# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**DAVID STEBBINS**                                                **PLAINTIFF**

v.                  **CASE NO: 4:14-227 KGB**

**STATE OF ARKANSAS**
**MIKE BEEBE, in his official capacity**
**as Governor of Arkansas**                          **DEFENDANTS**

## MOTION TO DISMISS

The Defendants, State of Arkansas and Mike Beebe in his official capacity as Governor of Arkansas, submit this Motion to Dismiss.

1. On April 14, 2014, Plaintiff David Stebbins filed a Complaint against the State of Arkansas and Governor Mike Beebe in his official capacity.

2. Pursuant to Fed. R. Civ. P. 8(a)(2) and 12(b)(6), Plaintiff failed to state facts upon which relief may be granted with regard to his claims under the Americans with Disabilities Act (ADA) and Section 504 of the Rehabilitation Act of 1973. The Complaint, therefore, should be dismissed.

3. To the extent the Complaint attempts to allege a cause of action pursuant to 42 U.S.C. § 1983, the Eleventh Amendment to the

United States Constitution bars Plaintiff's claim against the State as well as the Governor. The Complaint, therefore, should be dismissed.

4. The State and the Governor are not "persons" within the meaning of 42 U.S.C. § 1983, and the Plaintiff may not assert constitutional claims against either of them. The Complaint, therefore, should be dismissed.

5. To the extent Plaintiff attempts to assert a 42 U.S.C. § 1983 claim based on allegations underlying the ADA and Rehabilitation Act claims, violations of those statutes are not cognizable under Section 1983. The Complaint, therefore, should be dismissed.

6. In support of this Motion, the State of Arkansas and Governor Mike Beebe hereby incorporate by reference their Brief in Support of Motion to Dismiss pursuant to Fed. R. Civ. P. 10(c), including all grounds for dismissal set forth therein.

7. In the event this Motion is denied in whole or in part, the State of Arkansas and the Office of the Governor reserve the right to file a responsive pleading, including, but not limited to, any and all pleadings permitted under the Federal Rules of Civil Procedure.

WHEREFORE, Defendants State of Arkansas and Mike Beebe in his official capacity as Governor respectfully pray that the Court dismiss the Complaint in its entirety with prejudice, and that the Court award all other relief it deems just and proper.

>Respectfully submitted,
>
>DUSTIN MCDANIEL
>Attorney General of Arkansas
>
>By: /s/ *Regina Haralson*
>Regina Haralson, Ark. Bar No. 93020
>Assistant Attorney General
>Office of the Arkansas Attorney General
>323 Center St., Suite 800
>Little Rock, AR 72201
>Phone: (501) 682-8228
>Fax: (501) 682-2591
>Email:  regina.haralson@arkansasag.gov
>
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I caused a copy of the foregoing Motion to Dismiss to be served upon Plaintiff David Stebbins via First-Class U.S. Mail at the following address:

>David Stebbins
>123 W. Ridge St.
>Apt. D
>Harrison, AR   72601

>/s/ Regina Haralson