**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS LITTLE ROCK DIVISION**

FILED U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS JUN 20 2014 JAMES W. McCORMACK, CLERK By: DEP CLERK

**DAVID STEBBINS** PLAINTIFF

**VS** **CASE NO. 4:14-cv-227-KGB**

**STATE OF ARKANSAS** DEFENDANTS
**MIKE BEEBE, in his official capacity as Governor of Arkansas**

**SECOND MOTION FOR SANCTIONS**

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion for the Court to sanction the Defendant.

1. On June 3, 2014, the Defendants appeared in this action and filed a Motion to Dismiss (Doc. 8) and a Brief in Support thereof (Doc. 9), where they requested the Court to dismiss Plaintiff's Complaint "in its entirety with prejudice."

2. In the Brief in Support, the Defendants justified their request entirely on how the Plaintiff had purportedly not included enough details in his Complaint.

3. To request a Complaint to be dismissed "in its entirety with prejudice" on such technical grounds is patently frivolous and in violation of Fed.R.Civ.P. 11(b)(2).

4. The Defendants have complained that Plaintiff failed to allege the element of "protected activity," even though he very clearly did, and any vagueness he may have left could easily be cured by simply looking up Plaintiff's public records. See ¶¶ 20 – 25 of the attached Brief. This amounts to a clear violation of Fed.R.Civ.P. 11(b)(3).

5. The Defendants have complained that Plaintiff failed to allege the element of "adverse action," even though Plaintiff very clearly stated that Prosecuting Attorney Wes Bradford – representing the interests, and acting on behalf, of the State of Arkansas – participated in the

conspiracy. See ¶¶ 26 – 33 of the attached Brief. This amounts to another clear violation of Fed.R.Civ.P. 11(b)(3).

6. The Defendants have complained that Plaintiff failed to allege the element of "causal connection," even though anyone who could read at a fifth grade level could take one look at the Complaint and tell you that Plaintiff very clearly stated that the criminal proceedings were done for the sole purpose of persecuting Plaintiff for his unpopular lawsuits.

7. This frivolous motion was undoubtedly done in an attempt to prevent Plaintiff from proceeding on a case they know they would lose if Plaintiff were allowed to proceed.

(a) First of all, Plaintiff's allegations in the Complaint – including a written confession on Bradford's part – meant that Plaintiff's Complaint either presented an airtight case that the Defendants could not possibly win, or represented a death wish on Plaintiff's part. See ¶¶ 46 – 48 of the attached Brief.

(b) Secondly, while not "required," per se, the Defense Counsel's apparent failure to perform a routine and standard function of digging up dirt on Plaintiff speaks loudly of her readiness to engage in "willful ignorance" of the relevant facts of this case. See ¶¶ 51 – 62 of the attached Brief.

(c) According to the Law of Compound Probatility, the odds that the Defendants simply made an honest mistake is about one in a million. See ¶¶

8. This means that, in addition to being in violation of Fed.R.Civ.P. 11(b)(1), it is also in violation of 28 USC § 1927.

9. Therefore, the Court requests that the Defendant be sanctioned for causing a delay in the proceedings. A set of suggested sanctions is offered to the Court in ¶¶

10. Please find, attached to this motion, the following exhibits:

(a) **Exhibit A**: A copy of the published Federal Reserve Discount Rate for the week ending June 6, 2014.

(b) **Exhibit B**: A webpage from the Federal Judiciary's website, presenting a layman's terms explanation on how to find the correct applicable rate for postjudgment interest.

(c) **Exhibit C**: A statement showing the Arkansas State Budget for Fiscal Year 2014.

Wherefore, premises considered, Plaintiff requests that this Motion for Sanctions be granted. So requested on this, the 12th day of June, 2014.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I caused a copy of the foregoing Motion for Sanctions to be served upon Defense Counsel Regina Haralson by allowing her to view the ECF update, pursuant to AR Local Rule 5.2.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

FRB: H.15 Release--Selected Interest Rates--June 9, 2014 http://www.federalreserve.gov/releases/h15/current/

What's New · What's Next · Site Map · A-Z Index · Careers · RSS · All Videos · Current FAQs · Contact Us
Search | Advanced Search

Board of Governors of the Federal Reserve System

About the Fed | News & Events | Monetary Policy | Banking Information & Regulation | Payment Systems | Economic Research & Data | Consumer Information | Community Development | Reporting Forms | Publications

Home > Economic Research & Data > Statistical Releases and Historical Data

# Selected Interest Rates (Weekly) - H.15

DDP Print

Current Release | Release Dates | Daily Update | Historical Data | About | Announcements | Technical Q&As

## Current Release (48 KB PDF)

Release Date: June 9, 2014

The weekly release is posted on Monday. Daily updates of the weekly release are posted Tuesday through Friday on this site. If Monday is a holiday, the weekly release will be posted on Tuesday after the holiday and the daily update will not be posted on that Tuesday.

June 9, 2014
H.15 Selected Interest Rates
*Yields in percent per annum*

| Instruments | 2014 Jun 2 | 2014 Jun 3 | 2014 Jun 4 | 2014 Jun 5 | 2014 Jun 6 | Week Ending Jun 6 | Week Ending May 30 | 2014 May |
|---|---|---|---|---|---|---|---|---|
| **Federal funds (effective)** 1 2 3 | 0.09 | 0.10 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 |
| **Commercial Paper** 3 4 5 6 | | | | | | | | |
| Nonfinancial | | | | | | | | |
| 1-month | 0.06 | 0.07 | 0.06 | 0.05 | 0.06 | 0.06 | 0.06 | 0.05 |
| 2-month | 0.08 | 0.09 | 0.08 | 0.08 | 0.07 | 0.08 | 0.08 | 0.07 |
| 3-month | 0.10 | 0.10 | 0.10 | 0.10 | 0.09 | 0.10 | 0.10 | 0.10 |
| Financial | | | | | | | | |
| 1-month | 0.09 | 0.11 | 0.06 | 0.05 | 0.09 | 0.08 | 0.06 | 0.07 |
| 2-month | 0.10 | 0.11 | 0.07 | 0.07 | n.a. | 0.09 | 0.06 | 0.08 |
| 3-month | 0.10 | 0.10 | 0.10 | 0.11 | 0.10 | 0.10 | 0.10 | 0.11 |
| **Eurodollar deposits (London)** 3 7 | | | | | | | | |
| 1-month | 0.17 | 0.17 | 0.17 | 0.17 | 0.17 | 0.17 | 0.19 | 0.19 |
| 3-month | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.26 | 0.26 |
| 6-month | 0.40 | 0.40 | 0.39 | 0.39 | 0.39 | 0.39 | 0.41 | 0.41 |
| **Bank prime loan** 2 3 8 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 |
| **Discount window primary credit** 2 9 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 |
| **U.S. government securities** | | | | | | | | |
| Treasury bills (secondary market) 3 4 | | | | | | | | |
| 4-week | 0.04 | 0.04 | 0.04 | 0.03 | 0.02 | 0.03 | 0.04 | 0.03 |
| 3-month | 0.04 | 0.04 | 0.04 | 0.04 | 0.04 | 0.04 | 0.04 | 0.03 |
| 6-month | 0.06 | 0.06 | 0.06 | 0.06 | 0.06 | 0.06 | 0.06 | 0.05 |
| 1-year | 0.10 | 0.10 | 0.10 | 0.10 | 0.11 | 0.10 | 0.10 | 0.09 |
| Treasury constant maturities | | | | | | | | |
| Nominal 10 | | | | | | | | |
| 1-month | 0.04 | 0.04 | 0.04 | 0.03 | 0.02 | 0.03 | 0.04 | 0.03 |
| 3-month | 0.04 | 0.04 | 0.04 | 0.04 | 0.04 | 0.04 | 0.04 | 0.03 |
| 6-month | 0.06 | 0.06 | 0.06 | 0.06 | 0.06 | 0.06 | 0.06 | 0.05 |
| 1-year | 0.10 | 0.10 | 0.10 | 0.10 | 0.11 | 0.10 | 0.10 | 0.10 |
| 2-year | 0.39 | 0.41 | 0.41 | 0.40 | 0.41 | 0.40 | 0.38 | 0.39 |
| 3-year | 0.83 | 0.85 | 0.85 | 0.82 | 0.86 | 0.84 | 0.78 | 0.83 |

Exh. A

| Instruments | 2014 Jun 2 | 2014 Jun 3 | 2014 Jun 4 | 2014 Jun 5 | 2014 Jun 6 | Week Ending Jun 6 | Week Ending May 30 | 2014 May |
|---|---|---|---|---|---|---|---|---|
| 5-year | 1.60 | 1.65 | 1.65 | 1.63 | 1.66 | 1.64 | 1.53 | 1.59 |
| 7-year | 2.12 | 2.18 | 2.20 | 2.17 | 2.19 | 2.17 | 2.05 | 2.12 |
| 10-year | 2.54 | 2.60 | 2.61 | 2.59 | 2.60 | 2.59 | 2.47 | 2.56 |
| 20-year | 3.10 | 3.17 | 3.18 | 3.17 | 3.17 | 3.16 | 3.05 | 3.12 |
| 30-year | 3.38 | 3.43 | 3.45 | 3.44 | 3.44 | 3.43 | 3.33 | 3.39 |
| Inflation indexed 11 | | | | | | | | |
| 5-year | -0.33 | -0.27 | -0.25 | -0.29 | -0.27 | -0.28 | -0.42 | -0.34 |
| 7-year | 0.15 | 0.24 | 0.29 | 0.24 | 0.27 | 0.24 | 0.10 | 0.21 |
| 10-year | 0.32 | 0.41 | 0.44 | 0.41 | 0.40 | 0.40 | 0.25 | 0.37 |
| 20-year | 0.80 | 0.88 | 0.91 | 0.89 | 0.88 | 0.87 | 0.73 | 0.82 |
| 30-year | 1.08 | 1.15 | 1.18 | 1.16 | 1.15 | 1.14 | 1.01 | 1.08 |
| Inflation-indexed long-term average 12 | 0.78 | 0.85 | 0.88 | 0.86 | 0.85 | 0.84 | 0.70 | 0.79 |
| Interest rate swaps 13 | | | | | | | | |
| 1-year | 0.27 | 0.27 | 0.27 | 0.26 | 0.27 | 0.27 | 0.26 | 0.26 |
| 2-year | 0.53 | 0.53 | 0.54 | 0.53 | 0.54 | 0.53 | 0.50 | 0.52 |
| 3-year | 0.93 | 0.95 | 0.96 | 0.95 | 0.96 | 0.95 | 0.88 | 0.93 |
| 4-year | 1.32 | 1.35 | 1.38 | 1.36 | 1.37 | 1.36 | 1.26 | 1.33 |
| 5-year | 1.66 | 1.70 | 1.74 | 1.71 | 1.72 | 1.70 | 1.59 | 1.67 |
| 7-year | 2.16 | 2.21 | 2.26 | 2.24 | 2.23 | 2.22 | 2.09 | 2.18 |
| 10-year | 2.62 | 2.68 | 2.73 | 2.71 | 2.69 | 2.69 | 2.56 | 2.65 |
| 30-year | 3.34 | 3.39 | 3.44 | 3.43 | 3.40 | 3.40 | 3.29 | 3.36 |
| Corporate bonds | | | | | | | | |
| Moody's seasoned | | | | | | | | |
| Aaa 14 | 4.22 | 4.28 | 4.28 | 4.27 | 4.28 | 4.27 | 4.16 | 4.16 |
| Baa | 4.76 | 4.82 | 4.84 | 4.83 | 4.83 | 4.82 | 4.70 | 4.76 |
| State & local bonds 15 | | | | 4.37 | | 4.37 | 4.26 | 4.29 |
| Conventional mortgages 16 | | | | 4.14 | | 4.14 | 4.12 | 4.19 |

n.a. Not available.

## Footnotes

1. The daily effective federal funds rate is a weighted average of rates on brokered trades.

2. Weekly figures are averages of 7 calendar days ending on Wednesday of the current week; monthly figures include each calendar day in the month.

3. Annualized using a 360-day year or bank interest

4. On a discount basis.

5. Interest rates interpolated from data on certain commercial paper trades settled by The Depository Trust Company. The trades represent sales of commercial paper by dealers or direct issuers to investors (that is, the offer side). The 1-, 2-, and 3-month rates are equivalent to the 30-, 60-, and 90-day dates reported on the Board's Commercial Paper Web page (www.federalreserve.gov/releases/cp/).

6. Financial paper that is insured by the FDIC's Temporary Liquidity Guarantee Program is not excluded from relevant indexes, nor is any financial or nonfinancial commercial paper that may be directly or indirectly affected by one or more of the Federal Reserve's liquidity facilities. Thus the rates published after September 19, 2008, likely reflect the direct or indirect effects of the new temporary programs and, accordingly, likely are not comparable for some purposes to rates published prior to that period.

7. Source: Bloomberg and CTRB ICAP Fixed Income & Money Market Products.

8. Rate posted by a majority of top 25 (by assets in domestic offices) insured U.S.-chartered commercial banks. Prime is one of several base rates used by banks to price short-term business loans.

9. The rate charged for discounts made and advances extended under the Federal Reserve's primary credit discount window program, which became effective January 9, 2003. This rate replaces that for adjustment credit, which was discontinued after January 8, 2003. For further information, see www.federalreserve.gov/boarddocs/press/bcreg/2002/200210312/default.htm. The rate reported is that for the Federal Reserve Bank of New York. Historical series for the rate on adjustment credit as well as the rate on primary credit are available at www.federalreserve.gov/releases/h15/data.htm.

10. Yields on actively traded non-inflation-indexed issues adjusted to constant maturities. The 30-year Treasury constant maturity series was discontinued on February 18, 2002, and reintroduced on February 9, 2006. From February 18, 2002, to February 9, 2006, the U.S. Treasury published a factor for adjusting the daily nominal 20-year constant maturity in order to estimate a 30-year nominal rate. The historical adjustment factor can be found at www.treasury.gov/resource-center/data-chart-center/interest-rates/.

# POST JUDGMENT INTEREST RATES

Interest is allowed on most judgments entered in the federal courts from the date of judgment until paid. The types of judgments generally fall under one of three statutes: 28 U.S.C. 1961, which governs civil and bankruptcy adversary judgment interest; 18 U.S.C. 3612 (f)(2), which governs criminal judgments or sentences; and 40 U.S.C. 3116, which governs deficiency judgments in condemnation proceedings. These statutory references should be checked with reliable statutory data bases such as Westlaw. Lexis, or other appropriately maintained sources of the U.S. Code for the latest changes.

Under each of the above statutes the rate of interest used in calculating the amount of post judgment interest is the weekly average 1-year constant maturity (nominal) Treasury yield, as published by the Federal Reserve System. Prior to December 21, 2000 the rate of interest allowed under the statutes cited above was based on the coupon issue yield equivalent (as determined by the Secretary of the Treasury) of the average accepted auction price for the last auction of 52 week t- bills settled immediately preceding entry of the judgment. The way the rate is used differs under each of the cited statutes, so those sections should be reviewed to determine how to apply it to any particular judgment.

**Current Applicable Rates**

The current rate applicable under these sections is provided by the Federal Reserve and published each Monday for the preceding week (unless that day is a holiday in which case the rate is published on the next business day).

The specific rate referred to in the statutes is found in the table under the two columns headed WEEK ENDING. The two dates under those columns refer to the Friday averages of the last two weeks. Under those columns you need to go down to the row which states U.S. government securities - Treasury constant maturities nominal-1-year. Where the row and columns meet - that is the rate you use.

Prior current rates also are available by selecting the week preceding the date of judgment (or the date interest would otherwise apply under the above) and selecting the release date preceding the date of judgment. NOTE: if your judgment date is the same as the release date, you should select the prior week's release. REASON: the releases are considered to be issued at the close of business on the date of release.

**Rates Prior to December 21, 2000**

Rates under the prior language were based on the average accepted auction price for the latest auction of 52 week t-bills.

Exh. B

STATE OF ARKANSAS
FUNDED BUDGET
FISCAL YEAR 2014

July 1, 2013

| ENCY | Footnote | BUDGETED GENERAL REVENUE | DISTRIBUTED GENERAL REVENUE | BUDGETED MERIT ADJUSTMENT | ALLOCATED MERIT ADJUSTMENT | HSC/MCF FUNDS | GENERAL REVENUE FUND BALANCE | SPECIAL REVENUE | SPECIAL REVENUE FUND BALANCE | FEDERAL REVENUE | FEDERAL REVENUE FUND BALANCE | REVOLVING FUNDS | REVOLVING FUND BALANCE | CASH FUNDS | CASH FUND BALANCE | OTHER FUNDS | OTHER FUND BALANCE | TOTAL OPERATING BUDGET | MISCELLANEOUS, REFUNDS, CONTINGENCY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ISLATIVE OFFICES** | | | | | | | | | | | | | | | | | | | |
| e of Representatives | | | | | | $ 8,845,416 | | | | | | | | | | | | $ 8,845,416 | |
| Interim Committee on Legislative Facilities | | | | | | | | | | | | | | | | | | $ - | |
| lative Audit | | | | | | 40,216,178 | | | | | | | | | | | | $ 40,216,178 | |
| lative Research, Bureau of (including Disbursing Officer) | | | | | | 2,033,252 | | | | | | | | | | | | $ 2,033,252 | |
| e | | | | | | 4,776,787 | | | | | | | | | | | | $ 4,776,787 | |
| **TAL LEGISLATIVE OFFICES** | | $ - | $ - | $ - | $ - | $ [illegible] | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ [illegible] | $ - |
| **DICIAL OFFICES** | | | | | | | | | | | | | | | | | | | |
| istrative Office of the Courts | | | | | | 8,581,597 | | [illegible] | 2,500,000 | 3,327,642 | | | | 390,000 | | | | $ [illegible] | |
| ney General | | | | | | 15,894,475 | | [illegible] | [illegible] | 3,754,813 | | | | | | | | $ [illegible] | |
| of Appeals | | | | | | 4,126,523 | | | | | | | | | | | | $ 4,126,523 | |
| al Discipline and Disability Commission | | 660,927 | 695,824 | | | | | | | | | | | | | | | $ [illegible] | |
| cutor Coordinator | | | | | | 1,086,689 | | | | | | | | | | | | $ [illegible] | |
| me Court | | | | | | 4,491,563 | | | | | | | | [illegible] | | | | $ [illegible] | |
| **TAL JUDICIAL OFFICES** | | $ [illegible] | $ 695,824 | $ - | $ - | $ 34,182,837 | $ - | $ [illegible] | $ [illegible] | $ 7,082,455 | $ - | $ - | $ - | $ [illegible] | $ - | $ - | $ - | $ [illegible] | $ - |
| **HER CONSTITUTIONAL OFFICES** | | | | | | | | | | | | | | | | | | | |
| r of the State (includes Constitutional/Fiscal Disbursing Officer) | | | | | | $ 63,348,925 | | $ [illegible] | $ 754,475 | | | | | $ [illegible] | | $ 77,000 | $ 43,000 | $ [illegible] | |
| l of Finance | | | | | | | | | | | | | | | | | | $ - | 603,600,000 |
| & Fish Commission | | | | | | | | [illegible] | [illegible] | 18,756,145 | | | | | | 5,025,518 | | $ [illegible] | |
| nor's Mansion Commission | | | | | | 1,112,129 | | | | | | | | 400,000 | [illegible] | | | $ [illegible] | |
| ay & Transportation Department | | 2,164,000 | 2,164,000 | | | | | [illegible] | [illegible] | 553,100,000 | | | | | | 252,808,000 | 262,000 | $ [illegible] | |
| Department | | | | | | 3,662,595 | | | | | | | | [illegible] | [illegible] | | | $ [illegible] | |
| y Commission | | | | | | | | | | | | | | | | | | $ - | |
| of the Governor | | | | | | 5,949,441 | | | | | | [illegible] | | | | | | $ [illegible] | |
| of the Lieutenant Governor | | | | | | 399,896 | | | | | | | | | | | | $ [illegible] | |
| tary of State | | | | | | 19,055,999 | | [illegible] | | 355,321 | [illegible] | [illegible] | | [illegible] | [illegible] | 50,000 | | $ [illegible] | |
| urer of State | | | | | | 4,183,643 | | [illegible] | | | | | | | | 3,006,108 | | $ [illegible] | 2,570,000,000 |
| urer of State - County Aid | | 21,645,067 | 21,645,067 | | | | | | | 20,000,000 | | | | | | | | $ [illegible] | 454,000,000 |
| urer of State - Municipal Aid | | 29,372,099 | 29,372,099 | | | | | | | | | | | | | | | $ [illegible] | 184,000,000 |
| **TAL OTHER CONSTITUTIONAL OFFICES** | | $ [illegible] | $ 53,181,166 | $ - | $ - | $ 97,712,628 | $ - | $ [illegible] | $ [illegible] | $ 592,211,466 | $ [illegible] | $ [illegible] | $ - | $ [illegible] | $ [illegible] | $ 261,026,626 | $ 325,000 | $ [illegible] | $ [illegible] |
| **OFESSIONAL REGULATORY BOARDS & COMMISSIONS** | | | | | | | | | | | | | | | | | | | |
| acters' Board | | | | | | | | $ [illegible] | | | | | | | | | | $ 53,426 | |
| ntancy Board | | | | | | | | | | | | | | [illegible] | [illegible] | | | $ [illegible] | |
| ncture & Related Techniques Board | | | | | | | | | | | | | | [illegible] | | | | $ [illegible] | |
| iser Licensing and Certification Board | | | | | | | | | | | | | | [illegible] | [illegible] | | | $ [illegible] | |
| ects, Landscape Architects and Interior Designers Board | | | | | | | | | | | | | | [illegible] | | | | $ [illegible] | |
| ic Commission | | | | | | | | | | | | | | | | | | $ - | |
| ic Training Board | | | | | | | | | | | | | | [illegible] | [illegible] | | | $ [illegible] | |
| neer's Licensing Board | | | | | | | | | | | | | | [illegible] | | | | $ [illegible] | |
| r Examiners Board | | | | | | | | | | | | | | [illegible] | [illegible] | | | $ [illegible] | |
| Council | | | | | | | | [illegible] | 120,000 | | | | | | | | | $ [illegible] | |
| Association Board | | | | | | | | | | | | | | [illegible] | [illegible] | 51,059 | | $ [illegible] | |
| l Zoning District Commission | 11 | 202,637 | 204,724 | | | | | | | | | | | | | | | $ [illegible] | |
| h Promotion Board | | | | | | | | [illegible] | 50,000 | | | | | | | | | $ [illegible] | |
| tery Board | | | | | | | | | | | | | | [illegible] | | | | $ [illegible] | |
| Abuse & Neglect Prevention Board | | | | | | | | [illegible] | | 2,073,133 | | | | [illegible] | | | | $ [illegible] | |
| practic Examiners Board | | | | | | | | | | | | | | [illegible] | [illegible] | | | $ [illegible] | |
| tion Appraisers Board | | | | | | | | | | | | | | [illegible] | [illegible] | | | $ [illegible] | |
| actor's Licensing Board | | | | | | | | | | | | | | [illegible] | | | | $ [illegible] | |
| & Grain Sorghum Promotion Board | | | | | | | | [illegible] | 200,000 | | | | | | | | | $ [illegible] | |
| l Examiners Board | | | | | | | | | | | | | | [illegible] | [illegible] | | | $ [illegible] | |

Exh. C
Look on Page 5

| AGENCY | BUDGETED GENERAL REVENUE | DISTRIBUTED GENERAL REVENUE | BUDGETED MERIT ADJUSTMENT | ALLOCATED MERIT ADJUSTMENT | HSC/MCF FUNDS | GENERAL REVENUE FUND BALANCE | SPECIAL REVENUE | SPECIAL REVENUE FUND BALANCE | FEDERAL REVENUE | FEDERAL REVENUE FUND BALANCE | REVOLVING FUNDS | REVOLVING FUND BALANCE | CASH FUNDS | CASH FUND BALANCE | OTHER FUNDS | OTHER FUND BALANCE | TOTAL OPERATING BUDGET | MISCELLANEOUS, REFUNDS, CONTINGENCY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| tics Licensing Board | | | | | | | | | | | | | 34,000 | 2,402 | | | $$ 36,402 | |
| nsing Opticians Board | | | | | | | 43,500 | 4,301 | | | | | | | | | $$ 47,801 | |
| lmers & Funeral Directors Board | | | | | | | | | | | | | 156,200 | 40,252 | | | $$ 196,452 | |
| iners in Counseling Board | | | | | | | | | | | | | 292,419 | | | | $$ 292,419 | |
| iners in Speech Pathology & Audiology Board | | | | | | | | | | | | | 139,248 | | | | $$ 139,248 | |
| iners of Alcoholism & Drug Abuse Counselors Board | | | | | | | | | | | | | 31,998 | | | | $$ 31,998 | |
| Protection Licensing Board | | | | | | | | | | | | | 160,000 | 50,583 | | | $$ 210,583 | |
| h Education Board | | | | | | | | | | | | | | | | | $$ - | |
| ng Instrument Dispensers Board | | | | | | | | | | | | | 27,586 | | | | $$ 27,586 | |
| Inspector Registration Board | | | | | | | | | | | | | 62,663 | 25,000 | | | $$ 87,663 | |
| sure for Professional Engineers and Professional Surveyors | | | | | | | | | | | | | 550,000 | 182,044 | | | $$ 732,044 | |
| factured Home Commission | | | | | | | 186,950 | 305,879 | | | | | | | | | $$ 492,829 | |
| age Therapy Board | | | | | | | 125,000 | 112,808 | | | | | | | | | $$ 237,808 | |
| cal Board | | | | | | | | | | | | | 3,508,708 | | | | $$ 3,508,708 | |
| Vehicle Commission | | | | | | | 520,000 | 281,633 | | | | | | | | | $$ 801,633 | |
| ng Board | | | | | | | 2,[illegible] | 176,802 | | | | | 150,278 | 330,050 | | | $$ [illegible] | |
| netry Board | | | | | | | | | | | | | 159,472 | 81,006 | | | $$ [illegible] | |
| macy Board | | | | | | | | | | | | | 1,064,215 | 805,466 | | | $$ [illegible] | |
| cal Therapy Board | | | | | | | | | | | | | 209,587 | 50,322 | | | $$ [illegible] | |
| tric Medicine Board | | | | | | | | | | | | | 6,240 | | | | $$ 6,240 | |
| le Career Education Board | | | | | | | 335,000 | 90,636 | | | | | 49,750 | 1,000 | 75,000 | 425,000 | $$ [illegible] | |
| ssional Bail Bondsman Licensing Board | | | | | | | 3,[illegible] | | | | [illegible] | 48,613 | 500,000 | | 155,859 | | $$ 4,321,[illegible] | |
| ology Board | | | | | | | | | | | | | 179,957 | | | | $$ 179,957 | |
| Estate Commission | | | | | | | | | | | | | 1,667,899 | | | | $$ 1,667,899 | |
| tration for Foresters Board | | | | | | | | | | | | | 16,200 | 70,000 | | | $$ 86,200 | |
| tration for Professional Geologists Board | | | | | | | | | | | | | | | | | $$ - | |
| tration for Professional Soil Classifiers Board | | | | | | | | | | | | | 1,296 | | | | $$ 1,296 | |
| Research & Promotion Board | | | | | | | 6,[illegible] | 250,000 | | | | | | | | | $$ [illegible] | |
| arians Board | | | | | | | | | | | | | | | | | $$ - | |
| Work Licensing Board | | | | | | | 110,000 | 57,948 | | | | | | | | | $$ 167,948 | |
| ean Board | | | | | | | [illegible] | 2,500,000 | | | | | | | | | $$ [illegible] | |
| nsurance Agents Licensing Board | | | | | | | | | | | | | | | | | $$ - | |
| ng and Recovery Board | | | | | | | | | | | | | 168,246 | 54,324 | | | $$ 222,570 | |
| inary Medical Examining Board | | | | | | | 96,000 | | | | | | | | 23,843 | | $$ 119,843 | |
| t Promotion Board | | | | | | | 316,000 | 45,000 | | | | | | | | | $$ 361,000 | |
| TAL PROFESSIONAL REGULATORY BOARDS & COMMISSIONS | $$ 202,637 | $ 204,724 | $ - | $$ - | $ - | $ - | $ [illegible] | $ 4,204,187 | $ 2,073,133 | $ - | $ [illegible] | $ 48,613 | $ 18,701,568 | $$ 22,544,[illegible] | $ 305,781 | $ 425,000 | $$ 553,872,[illegible] | $ - |

| AGENCY | BUDGETED GENERAL REVENUE | DISTRIBUTED GENERAL REVENUE | CASH FUNDS | OTHER FUNDS | TOTAL OPERATING BUDGET |
|---|---|---|---|---|---|
| **TITUTIONS OF HIGHER EDUCATION** | | | | | |
| sas Northeastern College | $$ 8,577,052 | $ 8,577,052 | $ 28,500,000 | $ 721,882 | $$ [illegible] |
| sas State University - Beebe | 11,835,727 | 11,835,727 | 82,695,000 | 1,440,022 | $$ [illegible] |
| sas State University - Jonesboro | 58,559,887 | 58,559,887 | 237,174,683 | 9,176,511 | $$ [illegible] |
| sas State University - Mountain Home | 3,648,110 | 3,648,110 | 32,870,000 | | $$ [illegible] |
| sas State University - Newport | 5,992,293 | 5,992,293 | 28,760,000 | | $$ [illegible] |
| sas Tech University | 31,940,740 | 31,940,740 | 112,037,398 | 2,023,230 | $$ [illegible] |
| River Technical College | 6,113,516 | 6,113,516 | 34,108,700 | | $$ [illegible] |
| ge of the Ouachitas | 3,527,261 | 3,527,261 | 9,062,625 | | $$ [illegible] |
| alot Community College of the University of Arkansas | 3,395,802 | 3,395,802 | 23,145,953 | | $$ [illegible] |
| Arkansas Community College | 5,788,058 | 5,788,058 | 27,100,000 | 753,598 | $$ [illegible] |
| erson State University | 18,713,847 | 18,713,847 | 103,200,000 | 2,002,936 | $$ [illegible] |
| South Community College | 4,858,007 | 4,858,007 | 24,135,000 | | $$ [illegible] |
| nal Park Community College | 9,046,489 | 9,046,489 | 45,900,000 | 1,127,114 | $$ [illegible] |
| Arkansas College | 7,966,964 | 7,966,964 | 47,185,000 | 445,067 | $$ [illegible] |
| west Arkansas Community College | 10,619,202 | 10,619,202 | 201,785,000 | 998,078 | $$ [illegible] |
| a College | 3,126,475 | 3,126,475 | 13,051,000 | | $$ [illegible] |
| s Community College of the University of Arkansas | 9,063,088 | 9,063,088 | 45,630,000 | 733,004 | $$ [illegible] |
| ki Technical College | 15,137,437 | 15,137,437 | 398,200,000 | | $$ [illegible] |
| Mountain Community College | 3,206,869 | 3,206,869 | 9,860,742 | 108,923 | $$ [illegible] |
| Arkansas Community College | 5,636,798 | 5,636,798 | 35,303,615 | 912,917 | $$ [illegible] |
| east Arkansas College | 6,034,307 | 6,034,307 | 32,062,491 | | $$ [illegible] |
| ern Arkansas University | 15,449,575 | 15,449,575 | 54,000,000 | 1,237,389 | $$ [illegible] |
| ern Arkansas University - Technical Branch | 7,725,136 | 7,725,136 | 23,739,000 | 323,070 | $$ [illegible] |
| rsity of Arkansas at Fayetteville | 190,178,729 | 190,178,729 | 928,761,000 | 25,476,927 | $$ 1,[illegible] |

| | Footnote | BUDGETED GENERAL REVENUE | DISTRIBUTED GENERAL REVENUE | BUDGETED MERIT ADJUSTMENT | ALLOCATED MERIT ADJUSTMENT | HIGHWAY FUNDS | GENERAL REVENUE FUND BALANCE | SPECIAL REVENUE | SPECIAL REVENUE FUND BALANCE | FEDERAL REVENUE | FEDERAL REVENUE FUND BALANCE | REVOLVING FUNDS | REVOLVING FUND BALANCE | CASH FUNDS | CASH FUND BALANCE | OTHER FUNDS | OTHER FUND BALANCE | TOTAL OPERATING BUDGET | MISCELLANEOUS, REFUNDS, CONTINGENCY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| epartment Medicaid Match | | 900,5722 | | | | | | | | | | | | | | | | $ 900,572 | |
| formation Technology, Office of | | | | | | | | 900,000 | 248,122 | 1,484,630 | | | | | | | | $ 2,632,752 | |
| ervices Permit Agency | | 319,1607 | [illegible] | | | | | 54,000 | 47,236 | 1,387,437 | | | | | | | | $ 1,808,840 | |
| , Arkansas Department of: | | | | | | | | | | | | | | | | | | | |
| stration | | 1,290,0885 | 1,290,085 | | | | | 4,436,835 | 3,100,000 | | | | | 35,796 | 3.4986 | 100,560 | | $ 9,406,274 | |
| es Arts Council | | 791,1665 | 791,165 | | | | | | | 666,100 | 72,500 | | | 55,500 | 168.0000 | | | $ 1,753,265 | |
| ultural Center | | 623,4445 | 623,445 | | | | | | | | | | | 21,000 | 35.0000 | | | $ 679,445 | |
| Arkansas Museum Commission | | 1,203,9669 | 1,203,969 | | | | | | | | | | | 307,750 | 4.0100 | | | $ 1,515,735 | |
| Preservation | | | | | | | | 1,900,000 | 1,180,000 | 1,524,978 | 63,016 | | | 25,000 | 73.1964 | | | $ 4,786,168 | |
| Templars Cultural Center | | 788,4698 | 788,469 | | | | | | | | | | | 30,000 | 62.0600 | 57,457 | | $ 938,015 | |
| & Cultural Resources Council | | | | | | | | 85,000 | | | | | | | | | | $ 85,000 | |
| Heritage Commission | | 607,5669 | 607,569 | | | | | 300,000 | | 1,753,665 | 411,078 | | | 580,805 | 430.7995 | 37,960 | | $ 4,121,872 | |
| ite House Commission | | 1,316,8522 | 1,316,852 | | | | | | | | | | | 45,060 | 253.0000 | | | $ 1,614,912 | |
| tal Heritage, Department of | | $ 6,621,5683 $$ | 6,621,568 $ | $ - | $ - | $$ - | $ - | $ 6,721,835 | $ 4,780,000 | $ 3,944,743 | $ 546,594 | $ -- | $ - | $ 1,100,911 | $ 1,029,5683 $$ | 195,977 | $ - | $ 24,941,286 | $$ - |
| ducation Department | | 3,440,7289 | 3,440,728 | | | | | | | 13,807,167 | 2,301,091 | | | 1,465,000 | 405.0000 | 29,377,114 | | $ 50,796,100 | |
| ducation Department Grants | | 36,907,4866 | 36,907,486 | | | | | | | | | | | | | 14,572,914 | 7,700,000 | $ 59,180,380 | |
| Services, Department of: | | | | | | | | | | | | | | | | | | | |
| stration | | 16,182,9922 | 16,182,992 | | | | | - | | 21,841,002 | | | | 12,000 | | 10,510,881 | | $ 48,546,875 | |
| Adult Services | 5 | 17,542,9888 | 17,675,529 | | | | | 2,801,000 | | 28,416,100 | | | | | | 166,500 | | $ 49,026,598 | |
| ral Health Services | | 81,235,1669 | 81,235,169 | | | | | 1,850,000 | | 24,351,176 | | | | | | 49,041,573 | | $ 156,477,918 | |
| rvices | | 1,901,6444 | 1,901,644 | | | | | | | 9,075,227 | | | | | | | | $ 10,976,871 | |
| re & Early Childhood Education | 2 | 7,449,4322 | 7,175,432 | | | | | 2,435,439 | | 123,733,677 | | | | 202,364 | | | | $ 133,811,912 | |
| & Family Services | 5 | 47,193,1122 | 46,467,326 | | | | | | | 71,578,059 | | | | | | 18,219,149 | | $ 136,990,320 | |
| Operations | | 48,969,2238 | 48,971,700 | | | | | | | 135,109,680 | | | | 160,000 | | 8,922,950 | | $ 193,161,458 | |
| pment Disabilities Services | 5 | 55,101,7200 | 55,208,700 | | | | | 50,000 | | 24,343,653 | | | | | | 93,988,919 | | $ 172,494,492 | |
| Services | | 887,138,9888 | 5,082,889 | | | | | | | 3,837,436,046 | | | | | | 544,009,722 | | $ 3,268,594,675 | |
| ervices | | 47,617,0722 | 48,257,072 | | | | | | | 7,740,499 | | | | | | 5,566,859 | | $ 60,924,430 | |
| ant Funds | | | 880,190,000 | | | | | | | | | | | | | | | $ - | |
| eragency Fund Transfers | 4 | 2,314,2088 | | | | | | | | | | | | | | | | $ 2,314,208 | |
| edicaid Match | 5 | 13,468,8433 | | | | | | | | | | | | | | | | $ 13,468,843 | |
| tal Department of Human Services | | $ 1,226,206,3166 $$ | 1,226,206,316 $ | $ - | $ - | $$ - | $ - | $ 7,136,439 | $ - | $ 4,283,625,319 | $ - | $ -- | $ - | $ 374,364 | $ -- $$ | 730,426,663 | $ - | $ 6,247,766,891 $$ | - |
| on Systems Department | | 200,0000 | 200,000 | | | | | | | | | | | 10,000,000 | | 88,987,737 | 8,029,681 | $ 107,217,418 | - |
| e Department | | | | | | | | 15,722,311 | 4,888,860 | 46,374,701 | | 17,226,000 | | 225,000 | 88.1822 | 17,000,000 | 11,104,855 | $ 108,253,909 | 11,000,000 |
| partment | | 3,208,7886 | 3,208,786 | | | | | 2,111,540 | 258,121 | 1,372,403 | | | | 253,000 | | | | $ 7,203,850 | |
| rcement Standards & Training Commission | | 3,410,3788 | 3,410,378 | | | | | 25,000 | | | | | | 187,000 | 503.0000 | 120,000 | 20,000 | $ 4,265,378 | |
| Petroleum Gas Board | | | | | | | | 525,000 | 109,815 | | | | | | | | | $ 634,815 | |
| ther King, Jr Commission | | 233,8446 | 233,846 | | | | | | | | | | | 86,178 | 26.5355 | | | $ 346,559 | |
| epartment | | 9,895,8320 | 9,895,832 | | | | | | | 52,041,617 | | 2,000,000 | 958,422 | | 1,498.0844 | | 665,156 | $ 86,657,169 | |
| Health Commission | | 206,8111 | 206,811 | 8,566 | | | | | | | | | | | | 1,711,722 | | $ 1,927,099 | |
| Resources Commission | | 6,479,5889 | 6,479,589 | | | | | | | 12,216,988 | 117,500 | 2,000,000 | 5,000,000 | 6,400,540 | 14,984.7444 | 75,385,571 | 15,000,000 | $ 138,296,090 | |
| Commission | | | | | | | | 5,325,751 | 2,250,000 | | | | | 500,000 | | | | $ 8,075,751 | |
| Tourism Department (includes State Parks Commission) | | 23,713,6955 | 23,731,000 | | | | | 44,150,319 | 29,650,236 | 3,324,086 | | | | 24,685,284 | 13,985.6360 | 1,008,614 | | $ 131,517,864 | |
| oard | | 1,953,4088 | 1,953,408 | | | | | | | | | | | | | | | $ 1,953,408 | |
| efender Commission | | | | | | 14,347,139 | | 8,903,958 | | | | | | | | 90,244 | | $ 23,341,341 | |
| mployee Retirement System | | | | | | | | | | | | | | 490,000,000 | | 182,744,511 | | $ 672,744,511 | |
| ervice Commission | | | | | | | | 10,411,312 | 424,945 | 572,516 | | | | | | 850,000 | | $ 12,258,773 | |
| rvices Department | | 925,7477 | 925,751 | | | | | 1,000 | | | | | | 50,000 | 28.2486 | 22,570 | 22,570 | $ 1,050,133 | |
| & Technology Authority | | 3,154,5284 | 3,157,480 | | | | | | | 4,941,107 | | | | 1,959,228 | 1,424.8883 | | | $ 11,479,722 | |
| s Department | | | | | | | | 3,333,720 | | | | | | | | | | $ 3,333,720 | 500,000 |
| ng Commission | | 464,4584 | 464,458 | | | | | | | | | | | | | | | $ 464,454 | |
| ord Commission | | 2,271,5609 | 2,271,569 | | | | | | | 106,005 | 34,500 | | | | | 510,000 | 25,000 | $ 2,947,074 | |
| lice | | 66,923,2731 | 66,923,278 | | | | | 20,862,068 | 4,188,559 | 42,417,185 | | | | | 250.0000 | 7,011,371 | 1,441,180 | $ 143,083,655 | |
| Loan Authority | | | | | | | | | | 240,000 | | | | 2,640,000 | 23.0000 | | | $ 2,903,000 | |
| Retirement System | | | | | | | | | | | | | | 905,400,000 | | 401,779,522 | | $ 1,307,179,522 | |
| Control | | | 888,346 | | | | | | 50,000 | 839,324 | | | | 871,392 | | | | $ 1,760,716 | |
| Settlement Commission | | | | | | | | | | | | | | | | 2,447,622 | | $ 2,447,622 | |
| Affairs Department | | | 2,408,575 | | | | | 100,000 | | 5,255,884 | | | | 3,245,000 | 18.4344 | 947,945 | | $ 9,586,253 | |
| Child Welfare Service | | | 158,186 | | | | | | | | | | | | | | | $ - | |
| morial Stadium Commission | | 892,6786 | 892,676 | | | | | | | | | | | 2,096,223 | 1,200.0000 | 2,661,006 | | $ 6,849,905 | |
| ys Commission | | 253,5588 | 253,558 | | | | | | | | | | | | | | | $ 253,558 | |
| Compensation Commission | | | | | | | | | | | | | | | | 59,501,500 | 134,731,247 | $ 194,232,747 | |
| e Services Department | | | 3,904,325 | | | | | | | 758,455,097 | | | | | | 49,285,289 | 17,528,053 | $ 825,268,835 | |
| e Services Interagency Fund Transfers | | | (1,000,000) | | | | | | | | | | | | | | | $ - | |

| ICY | Footnote | BUDGETED GENERAL REVENUE | DISTRIBUTED GENERAL REVENUE | BUDGETED MERIT ADJUSTMENT | ALLOCATED MERIT ADJUSTMENT | HSC/MCF FUNDS | GENERAL REVENUE FUND BALANCE | SPECIAL REVENUE | SPECIAL REVENUE FUND BALANCE | FEDERAL REVENUE | FEDERAL REVENUE FUND BALANCE | REVOLVING FUNDS | REVOLVING FUND BALANCE | CASH FUNDS | CASH FUND BALANCE | OTHER FUNDS | OTHER FUND BALANCE | TOTAL OPERATING BUDGET | MISCELLANEOUS, REFUNDS, CONTINGENCY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sity of Arkansas at Fort Smith | | 20,415,091 | 20,415,091 | | | | | | | | | | | [illegible] | | 3,066,739 | | $ [illegible] | |
| sity of Arkansas at Little Rock | | 60,256,177 | 60,256,177 | | | | | | | | | | | [illegible] | | 5,315,024 | | $ [illegible] | |
| sity of Arkansas at Medical Sciences Campus | | 98,287,284 | 98,287,284 | | | | | | | | | | | [illegible] | | 34,042,297 | | $ [illegible] | |
| sity of Arkansas at Medical Sciences - Indigent Care | | 5,342,181 | 5,342,181 | | | | | | | | | | | | | 227,723 | | $ [illegible] | |
| sity of Arkansas at Monticello | | 15,832,510 | 15,832,510 | | | | | | | | | | | [illegible] | | 56,230,286 | | $ [illegible] | |
| sity of Arkansas at Pine Bluff | | 25,229,737 | 25,229,737 | | | | | | | | | | | [illegible] | | 1,853,852 | | $ [illegible] | |
| sity of Arkansas Community College at Batesville | | 4,131,061 | 4,131,061 | | | | | | | | | | | [illegible] | | | | $ [illegible] | |
| sity of Arkansas Community College at Hope | | 4,491,997 | 4,491,997 | | | | | | | | | | | [illegible] | | | | $ [illegible] | |
| sity of Arkansas Community College at Morrilton | | 5,022,155 | 5,022,155 | | | | | | | | | | | [illegible] | | | | $ [illegible] | |
| sity of Central Arkansas | | 52,647,178 | 52,647,178 | | | | | | | | | | | [illegible] | | 4,606,175 | | $ [illegible] | |
| **AL INSTITUTIONS OF HIGHER EDUCATION** | | $ 737,786,740 | $ 737,786,740 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ [illegible] | $ - | $ [illegible] | $ - | $ [illegible] | $ - |
| **TE AGENCIES** | | | | | | | | | | | | | | | | | | | |
| autics Department | | | | | | | | $ 7,400,000 | $ 8,222,885 | $ 12,000,000 | | | | | | | | $ 27,622,885 | |
| lture Department | | 18,574,412 | 18,631,262 | | | | | 20,696,262 | 6,007,380 | 7,255,998 | | 905,000 | 350,000 | [illegible] | | | | $ [illegible] | |
| sas Building Authority | | 2,589,905 | 2,589,905 | | | | | | | | | | | | | 16,721,039 | 10,223,371 | $ [illegible] | |
| sment Coordination Department | | 2,233,598 | 2,233,598 | | | | | | | | | | | 200,000 | 35,000 | 16,622,775 | 15,000 | $ [illegible] | |
| Department | | | | | | | | 8,500,000 | 529,949 | | | | | | | | | $ 9,029,949 | |
| **r Education, Department of:** | | | | | | | | | | | | | | | | | | | |
| inistration | 1 1 | 3,748,234 | 3,766,233 | | | | | | | 26,213,712 | 49,799 | | 329,613 | [illegible] | | 4,018,744 | 472,459 | $ [illegible] | |
| ley's Ridge Technical Institute | | 2,669,014 | 2,669,014 | | | | | | | 107,093 | | | | [illegible] | [illegible] | 1,139,775 | | $ [illegible] | |
| west Technical Institute | | 3,105,325 | 3,105,325 | | | | | | | 363,238 | | | | [illegible] | [illegible] | 1,361,395 | | $ [illegible] | |
| c School Fund | 1 1 | 32,281,239 | 32,284,224 | | | | 1,629 | | | | | | | | | 11,974,208 | | $ [illegible] | |
| bilitation Services | | 13,212,007 | 13,212,007 | | | | | 397,966 | 116,900 | 378,690 | | | | 3800,000 | [illegible] | | | $ [illegible] | |
| side Vo-Tech School | | 2,282,957 | 2,313,647 | | | | | | | | | | | | | | | $ 2,282,957 | |
| **total Career Education, Department of:** | | $ 57,298,776 | $ 57,340,450 | $ - | $ - | $ - | $ 1,629 | $ 397,966 | $ 116,900 | $ 27,062,733 | $ 49,799 | $ - | $ 329,613 | $ [illegible] | $ [illegible] | $ 18,494,122 | $ 472,459 | $ [illegible] | $ - |
| s Commission | | | | | | 592,751 | | | | | | 1,750,000 | | | | | | $ 2,342,751 | |
| unity Correction Department | | 76,885,772 | 76,885,772 | | | | | 11,151,732 | 3,380,310 | 4,288,632 | | | | [illegible] | [illegible] | | | $ [illegible] | |
| ction Department | | 312,988,229 | 312,988,229 | | | | | 21,625,000 | 4,759,700 | 500,000 | | 4,600,000 | | [illegible] | [illegible] | 100,000 | | $ 370,075,505 | |
| y Jail Reimbursement Fund | | 9,453,607 | 9,453,607 | | | | | | | | | | | | | | | $ 9,453,607 | |
| Information Center | | 3,785,067 | 3,785,067 | | | | | 2,389,800 | 2,279,573 | 183,291 | | | | 600,000 | | 220,167 | | $ 8,917,898 | |
| Laboratory | | 7,660,335 | 7,660,335 | | | | | 3,226,560 | 1,114,802 | 2,655,376 | | | | | | 559,943 | | $ 15,217,016 | |
| pment Finance Authority | | | | | | | | | | 24,341,215 | | | | [illegible] | 48,300 | | | $ 30,375,264 | |
| lity Determination for Social Security Administration | | | | | | | | | | 49,460,263 | | | | | | | | $ 49,460,263 | |
| led Veteran's Service Office | | | 34,098 | | | | | | | | | | | | | | | $ - | |
| mic Development Commission | | 10,738,124 | 10,738,124 | | | | | | | 103,872,382 | 2,231,392 | | | [illegible] | [illegible] | | | $ [illegible] | 200,000,000 |
| **ation, Department of:** | | | | | | | | | | | | | | | | | | | |
| c School Fund | | 2,008,442,215 | 2,008,442,215 | | | | | | | | | | | | | 705,226,759 | | $ 2,713,668,974 | |
| ral Education Division | 2 2 | 16,578,345 | 16,578,345 | | | | 894,671 | 1,000,000 | | 727,113,710 | | | | [illegible] | | 23,286,164 | | $ [illegible] | |
| omic Facilities & Transportation | 1 1 | 2,511,878 | 2,552,126 | | | | | | | | | | | | | | | $ 2,511,878 | |
| ational Facilities Partnership | | 34,828,951 | 34,828,951 | | | | 118,682,587 | | | | | | | | | | | $ 153,511,538 | |
| ational Television Commission | | 5,306,153 | 5,394,687 | | | | | | | 357,151 | | | | [illegible] | [illegible] | | | $ 13,573,912 | |
| ol for the Blind | | 6,164,368 | 6,454,446 | | | | | | | 462,039 | 3 324,028 | | | 221,537 | [illegible] | | | $ 7,338,454 | |
| ol for the Deaf | | 10,870,583 | 10,870,583 | | | | | | | 734,186 | 1 142,977 | | | 332,889 | [illegible] | 20,588 | | $ 12,117,347 | |
| Library | 1 1 | 8,277,503 | 8,288,857 | | | | 27,857 | | | 3,268,779 | | | | [illegible] | 6,000 | | | $ 12,757,761 | |
| **btotal Department of Education** | | $ 2,093,979,996 | $ 2,094,410,220 | $ - | $ - | $ - | $ 119,605,115 | $ 1,000,000 | $ - | $ 731,935,865 | $ 4,467,016 | $ - | $ - | $ [illegible] | $ [illegible] | $ 728,533,511 | $ - | $ [illegible] | $ - |
| on Commissioners Board | | 4,785,129 | 4,785,129 | | | | | | | | | | | | | | 676,521 | $ 5,461,650 | |
| gency Management Department | | 2,026,124 | 2,026,124 | | | | | 630,760 | | 140,481,831 | | | | [illegible] | [illegible] | 1,753,702 | 250,000 | $ [illegible] | |
| onmental Quality Department | | | 4,414,235 | | | | 111,817 | 14,990,000 | 6,549,908 | 17,625,000 | 13,592,977 | 30,000 | 539,660 | | | 22,044,612 | 31,224,017 | $ 99,122,226 | 5,470,000 |
| Commission | | 717,158 | 729,462 | | | | | | | | | | | | | | | $ 717,158 | |
| ousing Commission | | | 286,240 | | | | | | | 639,000 | 78,733 | | | | | 23,000 | 117,000 | $ 857,733 | |
| **ce & Administration, Department of:** | | | | | | | | | | | | | | | | | | | |
| olic Beverage Control Division & Enforcement | | 2,182,571 | 2,182,572 | | | | | | | | [illegible] | | | [illegible] | 3,000 | | | $ 2,443,589 | |
| rsing Officer | | 7,349,945 | 6,925,620 | | | | | 100,039,912 | 4,338,000 | 8,000,000 | | 1,342,000 | 112,606 | [illegible] | | 60,638,404 | [illegible] | $ 184,215,788 | 2,973,550,000 |
| agement Services | | 1,359,196 | 359,196 | | | 60,760,850 | | | | 26,121,200 | | 5,377,546 | | [illegible] | [illegible] | | | $ 96,192,238 | 2,100,000,000 |
| g Commission | | 1,419,964 | 1,419,964 | | | | | | | | | | | 1100,000 | 25,000 | | | $ 1,554,964 | |
| nue Services | | | | | | | | 1,756,372 | | | | | | [illegible] | | 1,260,473,905 | | $ [illegible] | |
| nue Services Child Support Enforcement | | 13,117,721 | 13,117,721 | | | | | | | 38,500,000 | [illegible] | | | | | | 11,462,000 | $ [illegible] | |
| **btotal Finance & Administration, Department of:** | | $ 25,429,397 | $ 24,005,073 | $ - | $ - | $ 60,760,850 | $ - | $ 101,796,284 | $ 4,338,000 | $ 72,621,200 | $ [illegible] | $ [illegible] | $ 112,606 | $ [illegible] | $ [illegible] | $ 1,321,112,309 | $ [illegible] | $ [illegible] | $ 5,073,550,000 |
| gical Survey | | | 2,098,287 | | | | | | | 276,567 | | 50,000 | 50,000 | 908,207 | [illegible] | | | $ [illegible] | |
| aphic Information Office | | 812,833 | 812,833 | | | | | | | 570,000 | | | | | | 988,000 | 595,300 | $ 2,966,133 | |
| Department | | 89,978,568 | 89,978,568 | | | | 6,922,802 | 19,626,060 | 1,348,603 | 155,307,899 | | | | | | 135,348,296 | 11,520,302 | $ 420,052,566 | |

| | Footnote | BUDGETED GENERAL REVENUE | DISTRIBUTED GENERAL REVENUE | BUDGETED MERIT ADJUSTMENT | ALLOCATED MERIT ADJUSTMENT | HSC/MCF FUNDS | GENERAL REVENUE FUND BALANCE | SPECIAL REVENUE | SPECIAL REVENUE FUND BALANCE | FEDERAL REVENUE | FEDERAL REVENUE FUND BALANCE | REVOLVING FUNDS | REVOLVING FUND BALANCE | CASH FUNDS | CASH FUND BALANCE | OTHER FUNDS | OTHER FUND BALANCE | TOTAL OPERATING BUDGET | MISCELLANEOUS, REFUNDS, CONTINGENCY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALL STATE AGENCIES | | $ 4,118,531,003 | $ 4,120,960,795 | $ 8,566 | $ - | $ 75,700,740 | $ 126,584,883 | $ [illegible] | $ 72,178,904 | $ [illegible] | $ 7,987,969 | $ 35,307,546 | $ 7,905,801 | $ [illegible] | $ [illegible] | $ [illegible] | [illegible] | $ [illegible] | $ [illegible] |
| ALLOCATED | | | $ 93,703 | | | | | | | | | | | | | | | | |
| STATE CONTRIBUTIONS | | | 1,424,325 | | | | | | | | | | | | | | | | |
| ROAD REPAIR | | | 2,500,000 | | | | | | | | | | | | | | | | |
| | | $ 4,810,392,473 | $ 4,925,857,277 | $ 8,566 | $ - | $ 263,469,848 | $ 126,884,883 | $ [illegible] | $ 289,858,010 | $ 7,214,[illegible] | $ 12,571,269 | $ 36,474,446 | $ 7,963,814 | $ [illegible] | $ [illegible] | $ 4,343,583,320 | [illegible] | $ [illegible] | $ [illegible] |
| TOTAL | | | | | | | | | | | | | | | | | | | $ [illegible] |
| % OF TOTAL OPERATING BUDGET | | 18.26% | 18.32% | 0.00% | 0.00% | 0.98% | 0.47% | [illegible] | 1.08% | 26.84% | 0.05% | 0.14% | 0.03% | 2828.48% | 0.21% | 16.16% | [illegible] | | |

GENERAL REVENUE IS BASED ON THE 5/1/13 FORECAST