**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**DAVID STEBBINS**                                          **PLAINTIFF**

**VS**                            **CASE NO. 4:14-cv-227-KGB**

**STATE OF ARKANSAS**                                      **DEFENDANTS**
**MIKE BEEBE, in his official capacity**
**as Governor of Arkansas**

### SUPPLEMENT TO [010] PLAINTIFF'S RESPONSE IN OPPOSITION TO [008] DEFENDANT'S MOTION TO DISMISS

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Supplement to Doc. 10, his Response in Opposition to Doc. 8, the Defendant's Motion to Dismiss.

### BACKGROUND

1.      On April 12, 2014, Plaintiff filed a Complaint against the State of Arkansas and her Governor, accusing the State of bringing and maintaining cirminal proceedings against Plaintiff (through their prosecuting attorney Wes Bradford) for the sole purpose of persecuting Plaintiff for his lawsuits, the majority of which were for ADA discrimination.

2.      On June 3, 2014, the Defendants – acting through Counselor Regina Haralson – filed a Motion to Dismiss and Brief in Support Thereof, asking the Court to dismiss the current action "in its entirety with prejudice." See Docs. 8 and 9, respectively.

3.      On June 17, 2014, the Clerk received, and uploaded to PACER, Plaintiff's Response in Opposition to this Motion. See Doc. 10.

4.      Today, Plaintiff has filed an Amended Complaint, humoring the Defendants and hopefully allowing this case to finally move forward.

5.      To the extent that the Defendants' claims of lack of detail in the Original Complaint may have even a little merit, that error has now been corrected.  As a result, there is no reason whatsoever for the Court to grant the Defendant's Motin to Dismiss, even if the Court was otherwise going to grant it.

6.      Plaintiff does wish to reiterate what he has already stated in the Amended Complaint:  His humoring the Defendants on the alleged lack of detail does NOT constitute an admission that the Motion to Dismiss has merit, nor does it constitute a withdrawal of Docs. 11 and 12, the Motion for Sanctions and Brief in Support thereof, respectively.

7.      Now that Plaintiff has filed a more definite statement, clarifying whatever confusion the Defendants may or may not have even had in the first place, the Defendants' Answer to Complaint (NOT Motion to Dismiss) is now due in two (2) weeks.  See Fed.R.Civ.P. 12(a)(4)(B) ("the responsive pleading must be served within 14 days after the more definite statement is served").

8.      Wherefore, premises considered, Plaintiff requests that the Defendant's patently frivolous Motion to Dismiss the Compaint "in its entirety with prejudice" be denied as frivolous (or at the very least, denied as moot).

9.      So requested on this, the 17th day of June, 2014.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

### CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I caused a copy of the foregoing Supplement to Response in Opposition to Motion to Dismiss to be served upon Defense Counsel Regina Haralson by allowing her to view the ECF update, pursuant to AR Local Rule 5.2.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com