# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**DAVID STEBBINS**                                                                          **PLAINTIFF**

**v.**                              **CASE NO: 4:14-227 KGB**

**STATE OF ARKANSAS**
**MIKE BEEBE, in his official capacity**
**as Governor of Arkansas**                                                    **DEFENDANTS**

## MOTION TO DISMISS AMENDED COMPLAINT

The Defendants, State of Arkansas and Mike Beebe in his official capacity as Governor of Arkansas, submit this Motion to Dismiss.

1.  Plaintiff David Stebbins has filed an Amended Complaint against the State of Arkansas and Governor Mike Beebe in his official capacity.

2.  Pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiff failed to state facts upon which relief may be granted, and the Amended Complaint should be dismissed.

3.  In support of this Motion, the State of Arkansas and Governor Mike Beebe hereby incorporate by reference their Brief in Support of Motion to Dismiss pursuant to Fed. R. Civ. P. 10(c), including all grounds for dismissal set forth therein.

4.     In the event this Motion is denied in whole or in part, the State of Arkansas and the Office of the Governor reserve the right to file a responsive pleading, including, but not limited to, any and all pleadings permitted under the Federal Rules of Civil Procedure.

WHEREFORE, Defendants State of Arkansas and Mike Beebe in his official capacity as Governor respectfully pray that the Court dismiss the Complaint, and that the Court award all other relief it deems just and proper.

        Respectfully submitted,

        DUSTIN MCDANIEL
        Attorney General of Arkansas

        By: /s/ *Regina Haralson*
        Regina Haralson, Ark. Bar No. 93020
        Assistant Attorney General
        Office of the Arkansas Attorney General
        323 Center St., Suite 800
        Little Rock, AR 72201
        Phone: (501) 682-8228
        Fax: (501) 682-2591
        Email:  regina.haralson@arkansasag.gov

        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I caused a copy of the foregoing Motion to Dismiss to be served upon Plaintiff David Stebbins via First-Class U.S. Mail at the following address:

>David Stebbins
>123 W. Ridge St.
>Apt. D
>Harrison, AR  72601

/s/ Regina Haralson