IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID STEBBINS                                                                              PLAINTIFF

v.                       CASE NO: 4:14-227 KGB

STATE OF ARKANSAS
MIKE BEEBE, in his official capacity
as Governor of Arkansas                                                                  DEFENDANTS

### RESPONSE TO SECOND MOTION FOR SANCTIONS

Defendants respond to Plaintiff's second motion for sanctions as follows:

1. The allegation in paragraph one is admitted.

2. The allegation in paragraph two is denied.

3. The allegation in paragraph three is denied.

4. The allegations in paragraph four are denied.

5. The allegations in paragraph five are denied.

6. The allegations in paragraph six are denied.

7. The allegations in paragraph seven are denied.

8. The allegations in paragraph eight are denied.

9. To the extent an allegation is made in paragraph nine, it is denied.

10. To the extent an allegation is made in paragraph ten, it is denied.

WHEREFORE, Defendants pray that the motion for sanctions be dismissed and for all other appropriate relief.

    Respectfully submitted,

    DUSTIN MCDANIEL
    Attorney General of Arkansas

    By: /s/ *Regina Haralson*
    Regina Haralson, Ark. Bar No. 93020
    Assistant Attorney General
    Office of the Arkansas Attorney General
    323 Center St., Suite 800
    Little Rock, AR 72201
    Phone: (501) 682-8228
    Fax: (501) 682-2591
    Email: regina.haralson@arkansasag.gov

    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I caused a copy of the foregoing Response to Second Motion for Sanctions to be served upon Plaintiff David Stebbins via First-Class U.S. Mail at the following address:

    David Stebbins
    123 W. Ridge St.
    Apt. D
    Harrison, AR   72601

    /s/ Regina Haralson