IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**DAVID STEBBINS**                                                                         **PLAINTIFF**

v.                                     **CASE NO: 4:14-227 KGB**

**STATE OF ARKANSAS**
**and MIKE BEEBE, in his official**
**capacity as Governor of Arkansas**                                  **DEFENDANTS**

## NOTICE OF APPEARANCE

Charles Lyford, Assistant Attorney General, hereby requests the Clerk of the Court enter his appearance on behalf of the State of Arkansas and Mike Beebe, in his official capacity as Governor of Arkansas, and requests that he be provided copies of all future service and correspondence.

The undersigned certifies he is admitted to practice in this court and respectfully places the Clerk of the Court and all parties of record on notice of his appearance.

                                                    Respectfully submitted,

                                                    Dustin McDaniel
                                                    Attorney General

By:    /s/ Charles Lyford
           Arkansas Bar No. 2010200
           Assistant Attorney General
           323 Center Street, Suite 200
           Little Rock, Arkansas 72201
           Telephone: (501) 682-8228
           Facsimile:  (501) 682-2591
           charles.lyford@arkansasag.gov

           *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I, Charles Lyford, Assistant Attorney General, do hereby certify that on July 28, 2014, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system.

I, Charles Lyford, hereby certify that on July 28, 2014, I mailed the document by U.S. Postal Service to the following non CM/ECF participant:

David Stebbins
123 W. Ridge St.
Apt. D
Harrison, AR   72601

/s/ Charles Lyford