IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**DAVID STEBBINS**                                                                **PLAINTIFF**

v.                            **CASE NO: 4:14-227 KGB**

**STATE OF ARKANSAS**
**and MIKE BEEBE,**
**in his official capacity**
**as Governor of Arkansas**                                         **DEFENDANTS**

## MOTION TO WITHDRAW ATTORNEY OF RECORD

Come Defendants, the State of Arkansas and Mike Beebe, and state for their Motion to Withdraw Regina Haralson as Attorney of Record:

1. Assistant Attorney General Regina Haralson currently represents Defendants, along with Assistant Attorney General Charles Lyford. Doc. 7; Doc. 20.

2. Defendants request that Ms. Haralson be removed as their attorney of record.

3. Assistant Attorney General Charles Lyford will continue as Defendants' lead counsel and counsel receiving notice. Granting this Motion will not adversely affect Defendants.

WHEREFORE, Defendants, the State of Arkansas and Mike Beebe, request that Regina Haralson be removed as their attorney of record.

                                                          Respectfully submitted,

                                                          Dustin McDaniel
                                                          Attorney General

                         By:     /s/ Charles Lyford
                                                          Arkansas Bar No. 2010200
                                                          Assistant Attorney General
                                                          323 Center Street, Suite 200
                                                          Little Rock, Arkansas 72201
                                                          Telephone: (501) 682-8228
                                                          Facsimile: (501) 682-2591
                                                          charles.lyford@arkansasag.gov

                                                          *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I, Charles Lyford, Assistant Attorney General, do hereby certify that on July 28, 2014, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system.

      I, Charles Lyford, hereby certify that on July 28, 2014, I mailed the document by U.S. Postal Service to the following non CM/ECF participant:

David Stebbins
123 W. Ridge St.
Apt. D
Harrison, AR   72601

      /s/ Charles Lyford