IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID STEBBINS**                                                          **PLAINTIFF**

v.                    Case No. 4:14-cv-00227-KGB

**STATE OF ARKANSAS and**
**MIKE BEEBE, in his official capacity**
**as governor of Arkansas**                               **DEFENDANTS**

## ORDER

Before the Court is defendants' motion to withdraw Regina Haralson as attorney of record (Dkt. No. 21). The Court grants defendants' motion. Ms. Haralson is removed as attorney of record for defendants.

SO ORDERED this the 31st day of July, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE