IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**DAVID STEBBINS**                                                                                **PLAINTIFF**

v.                      **CASE NO: 4:14-227 KGB**

**STATE OF ARKANSAS**
**and MIKE BEEBE,**
**in his official capacity as**
**Governor of Arkansas**                                                **DEFENDANTS**

## RESPONSE TO THIRD MOTION FOR SANCTIONS

Come Defendants, the State of Arkansas and Mike Beebe in his official capacity as Governor of Arkansas, and state for their Response to Plaintiff's Third Motion for Sanctions:

1. Defendants admit to filing a third Motion to Dismiss in response to Plaintiff's Second More Definite Statement. Defendants deny the remaining allegations in Paragraph 1 of the Second Motion for Sanctions (Doc. 26).

2. Defendants deny the allegations in Paragraph 2 of the Second Motion for Sanctions, including subparts (a), (b), (c), (d), (e), (f) and (g).

3. Defendants deny the allegations in Paragraph 3 of the Second Motion for Sanctions, including subpart (a).

4. Defendants deny the allegations in Paragraphs 4, 5, and 6 of the Second Motion for Sanctions.

5. Defendants deny the allegations in Paragraph 7 of the Second Motion for Sanctions, as well as any allegations directed to them by means of the Brief in Support (Doc. 27) referred to in Paragraph 7.

6. Defendants deny Plaintiff is entitled to the relief requested in the "Wherefore" clause appearing in Paragraph 8 of the Second Motion for Sanctions.

7.      Defendants deny any allegations directed to them in Paragraph 9 of the Second Motion for Sanctions.

WHEREFORE, Defendants pray that the motion for sanctions be dismissed and for all other appropriate relief.

> Respectfully submitted,
>
> DUSTIN MCDANIEL
> Attorney General of Arkansas
>
> By: /s/ Charles Lyford
> Charles Lyford, Ark. Bar No. 2010-200
> Assistant Attorney General
> Office of the Arkansas Attorney General
> 323 Center St., Suite 800
> Little Rock, AR 72201
> Phone: (501) 682-8228
> Fax: (501) 682-2591
> Email:  charles.lyford@arkansasag.gov
>
> *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I caused a copy of the foregoing Response to Second Motion for Sanctions to be served upon Plaintiff David Stebbins via First-Class U.S. Mail at the following address:

David Stebbins
123 W. Ridge St.
Apt. D
Harrison, AR   72601

/s/ Charles Lyford