IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID STEBBINS**                                                                                           **PLAINTIFF**

v.                           Case No. 4:14-cv-00227-KGB

**STATE OF ARKANSAS and**
**MIKE BEEBE, in his official capacity**
**as governor of Arkansas**                                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this date, it is considered, ordered, and adjudged that this case is hereby dismissed. Plaintiff David Stebbins's retaliation claims against defendants pursuant to the Americans with Disabilities Act and Rehabilitation Act of 1973 are dismissed without prejudice. Mr. Stebbins's 42 U.S.C. § 1983 claims against defendants are dismissed with prejudice, to the extent Mr. Stebbins's intends to bring such claims. The relief sought is denied.

SO ADJUDGED this the 31st day of March, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE